**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED

MAR 20 2008

Mar 20, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Anthony Reynolds

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Lauren Fitzpatrick
and
The Daily Southtown Newspaper & Pub.

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1634
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

C_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: Anthony Reynolds

B. List all aliases: NK

C. Prisoner identification number: 20080003534

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: P.O. Box 089002 Div. 10 Chgo IL. 60608-9002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Lauren Fitzpatrick   web address lfitzpatrick@dailysouthtown.com
   Title: Staff Writer (Newspaper)
   Place of Employment: Daily Southtown

B. Defendant: Daily Southtown Newspaper
   Title: Daily Newspaper
   Place of Employment: South Suburbs of Chicago (possibly) Harvey IL.

C. Defendant: Web address:
   Title: www.southtownstar.com/news/harvey
   Place of Employment: #(708) 633-5964

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

         YES (X)   NO ( )   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

         YES ( )   NO (X)

    C.    If your answer is YES:

        1.   What steps did you take?  N/A

        2.   What was the result?  N/A

        3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)  N/A

    D.    If your answer is NO, explain why not: As the issue presented is not indicitive of jail discrepancy(s) other than illegal and unjust incarceration

E. Is the grievance procedure now completed?  YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is YES:

1. What steps did you take?
Reported issue to Public Defender Toya Harvey whom composed Pre-Trial Motion to Suppress information & issue from the Trier, as to the focal point of issue under presentation.

2. What was the result?
Judge & States Attorney were and are in Agreement with Suppression Motion, as Motion was duly & justly Granted.

H. If your answer is NO, explain why not: NA

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: NA

B. Approximate date of filing lawsuit: NA

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NA

D. List all defendants: NA

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NA

F. Name of judge to whom case was assigned: NA

G. Basic claim made: NA

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NA

I. Approximate date of disposition: NA

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Dec. 3 2006 the following actions were pursued by Staff Writer Fitzpatrick and therefore the Daily Southtown Newspaper, knowingly and wantonly reported and published information pertaining to Plaintiff and guilt of Plaintiff that they knew to be totally inaccurate and false. These aforesaid Defendants were and are in dereliction of duties as they were representative of libelous and slanderous malfeasance as they are aware of Forensics that proved the innocence of this Plaintiff, nevertheless reported and published Total Lies and FRAUD in contravention and antithetical to edicts and Justifiable constraints.

This is not a First Amendment Issue as the Reporting done and published is totally and wholly misrepresentative of actions and Crime(s) that this Plaintiff is charged with. The reporting is not only inaccurate, it is totally and knowingly (by Defendants) False.

6

The reporting done was not an Editorial or a view presented, but instead was a Hard Reporting (mis) factual account of an heinous crime.

The article under scrutiny is only one of at least twenty or more falsified reportage. This shows and proves a Conspiracy perpetrated by the Defendents to implicate the Plaintiff in Crime(s) outstanding that he is not charged with or even under investigation thereto.

This misinformation was clearly Prejudicial in the Public Eye and proved to be so during Trial of an unrelated charge.

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to Prejudicial Effects and others annunciated This Plaintiff prays for a Just Judgment of Punitive and Compenstory Damages of $100,000.00 (One Hundred Thousand Dollars)

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 28th day of Febuary, 20 08

_Anthony Reynolds_
(Signature of plaintiff or plaintiffs)

Anthony Reynolds
(Print name)

2008 003534
(I.D. Number)

Cook County Dept. of Corrections
P.O. Box 089002  Div. 10
Chicago IL. 60608-9002
(Address)

8

Revised: 7/20/05