## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1634 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Anthony Reynolds (#2008-0003534) vs. Lauren Fitzpatrick, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied. . Plaintiff is given until April 28, 2008, to pay the required filing fee or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that failure to pay the filing fee or file an accurately and properly completed in forma pauperis application form by April 28, 2008, will result in the dismissal of the instant action.

■[ For further details see text below.]

Docketing to mail notices.

### STATEMENT

This matter is before the court on Plaintiff Anthony Reynolds' ("Reynolds") motion for leave to proceed *in forma pauperis*. Reynolds has not properly completed his *in forma pauperis* application form to allow the court to properly adjudicate his request. First, Reynolds has not indicated the monthly salary or wages he earned during his previous employment and has indicated only that he earned "minimum wage." (IFP Par. 2). Reynolds has also indicated that he has not received more than $200 from any source in the last twelve months and that he has zero assets. (IFP Par. 3). However, a certificate from the correctional institution where Reynolds is incarcerated indicates that Reynolds has received nearly $125 in deposits in his prison trust account in only the past two months. (IFP). Reynolds has failed to include this income on his *in forma pauperis* application form and has failed to indicate a source for this income. Thus, Reynolds has not properly completed his *in forma pauperis* application form and we deny Reynolds' motion for leave to proceed *in forma pauperis*. Reynolds is given until April 28, 2008, to pay the required filing fee or file an accurately and properly completed *in forma pauperis* application form. Reynolds is warned that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 28, 2008, will result in the dismissal of the instant action.