# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1634 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Anthony Reynolds (2008-0003534) vs. Lauren Fitzpatrick, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed *in forma pauperis* [6] is denied. We previously warned Plaintiff that failure to pay the filing fee or file a properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action. The date has passed and Plaintiff has not paid the filing fee or filed a properly completed *in forma pauperis* application form. Therefore, we dismiss the instant action.

■[ For further details see text below.]　　　Docketing to mail notices.

# STATEMENT

　　　This matter is before the court on Plaintiff Anthony Reynolds' ("Reynolds") second motion for leave to proceed *in forma pauperis*. On April 2, 2008, we denied Reynolds' first motion for leave to proceed *in forma pauperis* since Reynolds had not properly completed his *in forma pauperis* application form. We gave Reynolds until April 28, 2008, to either pay the filing fee in this case or to file an accurately and properly completed *in forma pauperis* application form. We also warned Reynolds that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action.

　　　Reynolds has not paid the filing fee and has instead filed a second motion for leave to proceed *in forma pauperis*. On Reynolds' second *in forma pauperis* application form, he states that he has received $700 in gifts over the last twelve months. (IFP Par. 3(e)). Reynolds also states that he received "$400 for Christmas" and that he received $200 in other gifts from "friends." (IFP Par. 3(e)-(f)). Reynolds did not include any of this information on his first sworn *in forma pauperis* application form. Reynolds has provided erroneous information relating to his financial status. Therefore, we deny the instant motion for leave to proceed *in forma pauperis*. In addition, as a prisoner, Reynolds is provided with the necessities of life by the

**STATEMENT**

State of Illinois.  *See, e.g., Lumbert v. Illinois Dept. of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987)(stating that prisoners are provided with the necessities of life by the state and that the discretionary funds of the prisoner should be used toward the costs of a lawsuit).  Therefore, we also find that Reynolds has not provided sufficient information concerning his financial status to warrant the granting of his second motion for leave to proceed *in forma pauperis*.  In addition to denying the motion for *in forma pauperis* for providing erroneous information, we deny Reynolds' second motion for leave to proceed *in forma pauperis* for providing insufficient information on his *in forma pauperis* application form to show that Reynolds is indigent.

We previously warned Reynolds that failure to pay the filing fee or file a properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action.  The date has passed and Reynolds has not paid the filing fee or filed a properly completed *in forma pauperis* application form.  Therefore, we dismiss the instant action.